THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL M. MAYER.— Motion to dismiss appeal granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT PENDER.— Motion to dismiss appeal granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ESTHER K. LYNCH.— Motion to dismiss appeal granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SOPHIE LUGER.— Motion to dismiss appeal granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD J. SAMURIN.— Motion to dismiss appeal granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

EDWARD SHAPIRO v. JACOB MIRCHIN and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JACK SIROP and Others v. BERNARD-GREENWOOD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CLAUDE NEON LIGHTS, INC., v. CHARLES SPAETH.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

FOURTEENTH STREET AND BROADWAY REALTY CORPORATION v. ADOLF DEUTSCH and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

PETER BOORNAZIAN v. OSCAR HAMPASHIAN, Impleaded with ANGELO BELLIA.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ISAAC GLICKSMAN v. H. BENDER & SONS, INC., Impleaded with Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN ROBINTON, INC., v. MAURICE RAIDMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

OSKAR SCHMID v. TESSIE LEVY, Also Known as THERESA LEEDS.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.